FULTON, APPELLANT, v. LINDLEY, TAX COMMR., APPELLEE.

[Cite as Fulton v. Lindley (1979), 57 Ohio St. 2d 10.]

(No. 78-855—Decided February 7, 1979.)

*Messrs. Schneider, Smeltz, Huston & Bissell* and *Mr. Phillip A. Ranney,* for appellant.

*Mr. William J. Brown,* attorney general, and *Mr. John C. Duffy, Jr.,* for appellee.

*Per Curiam.* The decision of the Board of Tax Appeals is affirmed on authority of, and for the reasons stated in, *Dery* v. *Lindley* (1979), 57 Ohio St. 2d 5, decided this date.

*Decision affirmed.*

CELEBREZZE, C. J., HERBERT, W. BROWN, P. BROWN, SWEENEY, LOCHER and HOLMES, JJ., concur.